'

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN M. BARTLETT,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE BAR OF CALIFORNIA and PHILLIP TREVINO,<br><br>    Defendants. | No. 2:19-cv-00330-MCE-AC<br><br><br><br>ORDER |

Plaintiff proceeded in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21). On February 18, 2020, plaintiff filed a Motion to Terminate the Order Directing Prisoner Payment. ECF No. 20. Plaintiff's case was closed on April 26, 2019. ECF No. 7. The court notes that this issue has already been addressed. See ECF No. 13. The termination of plaintiff's case does not end his statutory obligation to pay the full amount of the filing fee, and this court has no discretion to override that rule. See 28 U.S.C. § 1915(b)(1),(2).

Plaintiff is advised that documents filed since the closing date will be disregarded, and no orders will issue in response to future filings. Plaintiff's motion at ECF No. 20 will, accordingly, not be considered.

IT IS SO ORDERED.

DATED: February 20, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE