UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN M. BARTLETT,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE BAR OF CALIFORNIA AND PHILLIP TREVINO,<br><br>  Defendants. | No.  2:19-cv-0330 MCE AC<br><br><br>ORDER |

Plaintiff proceeds in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On March 31, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 26.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 28.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 31, 2020, (ECF No. 26) are ADOPTED in full; and

1

2. The orders issued at ECF No. 13 and ECF No. 20 are ADOPTED in full.

IT IS SO ORDERED.

Dated:  April 30, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE