UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN M. BARTLETT,<br><br>Plaintiffs,<br><br>v.<br><br>STATE BAR OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:19-cv-00330 MCE AC<br><br><br><br>ORDER |

Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21). On May 3, 3021, plaintiff filed a Motion to Withdraw Consent to withhold inmate trust account deposits. ECF No. 45. Plaintiff's case was closed on April 26, 2019. ECF No. 7. Similar motions from plaintiff have previously been denied. See ECF No. 13. Plaintiff is advised that documents filed since the closing date will be disregarded and no orders will issue in response to future filings. Plaintiff's motion at ECF No. 46 will not be considered.

DATED: May 6, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE